IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
United States District Court
Albuquerque, New Mexico
Erik Paltrow
Clerk of Court

UNITED STATES OF AMERICA,

Plaintiff,

vs. No. 26-CR-221 DHU

JEFFREY BRAMLETT,

Defendant.

**ORDER GRANTING UNOPPOSED MOTION TO REOPEN DETENTION HEARING AND TO RELEASE DEFENDANT TO TREATMENT**

THIS MATTER, comes before the court on Defendant's Unopposed Motion to Reopen Detention Hearing and to Release Defendant to Treatment [Doc. 27]. The court, being fully advised of the circumstances, and the motion being unopposed by the United States, FINDS that the motion is well taken and will be GRANTED.

IT IS THERFORE ORDERED that Mr. Bramlett shall be released to the Anchor Behavior Health treatment program pending trial in this matter.

UNITED STATES MAGISTRATE JUDGE

Prepared and submitted by:
Noah W. Gelb
Assistant Federal Public Defender